An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM HENRY COLLIER, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63878

**FILED**

SEP 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to appoint counsel, motion to dismiss for lack of subject matter jurisdiction and ex parte motion to dismiss. Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Because no statute or court rule permits an appeal from an order denying the above-mentioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

10-28653

cc:    Hon. Doug Smith, District Judge
William Henry Collier, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk